UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LEHMAN BROTHERS HOLDINGS INC.**                                                                                      **PLAINTIFF**

V.                                          CASE NO. 4:09-CV-00198-BSM

**BANK OF ENGLAND d/b/a ENG LENDING and**
**as successor by merger to BANK OF ENGLAND**
**MORTGAGE CORPORATION**                                                                                                **DEFENDANT**

## MOTION TO DISMISS

Comes Defendant Bank of England d/b/a Eng Lending and as successor by merger to Bank of England Mortgage Corporation ("**Defendant**" or the "**Bank**"), and for its Motion to Dismiss (the "**Motion**") Lehman Brothers Holdings Inc.'s ("**Plaintiff**" or "**LBHI**") Complaint (the "**Complaint**"), states:

1.	This Motion is brought pursuant to Rule 12(b) of the Federal Rules of Civil Procedure and other applicable law.

2.	This Motion seeks dismissal of Plaintiff's Complaint for the following reasons: (1) insufficient process; (2) insufficient service of process; and (3) failure to state a claim upon which relief can be granted.

3.	On or about March 9, 2009, Plaintiff filed the Complaint with this Court, seeking, *inter alia*, damages allegedly sustained as a result of the Bank's purported breach of contract, or, in the alternative, a decree of specific performance requiring the Bank to immediately repurchase a certain mortgage loan.

4. According to the Clerk of this Court, a summons was signed, sealed, and issued to Plaintiff's counsel for service upon the Defendant. No summons, however, accompanied the Complaint when received by Defendant.

5. Defendant has not waived service of process pursuant to Rule 4 of the Federal Rules of Civil Procedure.

6. Having failed to serve any summons with its Complaint, as required by Rule 4, Federal Rules of Civil Procedure, Plaintiff's Complaint must be dismissed pursuant to Rule 12(b)(4) and 12(b)(5) due to insufficiency of process and insufficiency of service of process.

7. Further, Plaintiff's Complaint failed to state a claim upon which relief can be granted for breach of contract because Plaintiff failed to adequately assert in the Complaint the terms and conditions of the repurchase contract (the "**Repurchase Contract**") that Plaintiff claims the parties entered into, and Plaintiff failed to attach and incorporate the Repurchase Contract to the Complaint.

8. A brief in support of this Motion has been submitted herewith and is incorporated herein by reference.

9. Defendant reserves its right to amend or supplement this Motion after further investigation and discovery and reserves all other grounds for dismissal.

**WHEREFORE**, Defendant Bank of England d/b/a Eng Lending and as successor by merger to Bank of England Mortgage Corporation prays that Plaintiff's Complaint be dismissed with prejudice; for its costs herein expended, including a reasonable attorney's fee; and for all proper relief.

Respectfully submitted,


**HOPKINS LAW FIRM**
**A Professional Association**
Attorneys at Law
1000 West Second Street
Little Rock, Arkansas 72201
www.hopkinslawfirm.com
Telephone: (501) 375-1517
Facsimile:   (501) 375-0231
Email: rcaststeel@hopkinslawfirm.com


**By:  /s/ Ryan J. Caststeel**
      **Gregory M. Hopkins**
      Arkansas Bar No. 81093

      **Stewart Headlee**
      Arkansas Bar No. 2003091

      **Ryan J. Caststeel**
      Arkansas Bar No. 2007212

**CERTIFICATE OF SERVICE**

      I, Ryan J. Caststeel, hereby certify that on March 27, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Patrick J. Walsh, Esq.
AKERMAN SENTERFITT
Las Olas Centre II
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, Florida 33301

Kent C. Modesitt, Esq.
REILLY POZNER LLP
511 16th Street, Suite 700
Denver, Colorado 80202

                                                        /s/ Ryan J. Caststeel
                                                        **Ryan J. Caststeel**