# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LEHMAN BROTHERS HOLDINGS INC.**                                          **PLAINTIFF**

V.                      **CASE NO. 4:09-CV-00198-BSM**

**BANK OF ENGLAND d/b/a ENG LENDING and**
**as successor by merger to BANK OF ENGLAND**
**MORTGAGE CORPORATION**                                              **DEFENDANT**

## AGREED ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE UNDER SEAL A REPLY TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT

Defendant Bank of England d/b/a ENG Lending, and upon the consent of plaintiff's counsel, defendant is hereby granted an extension up to and including March 22, 2010, to file under seal a reply to plaintiff's memorandum of law in opposition to defendant's motion to dismiss the amended complaint.

IT IS SO ORDERED this 22nd day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AND ENTRY REQUESTED BY:**

**HOPKINS LAW FIRM**
**A Professional Association**
Attorneys at Law
1000 West Second Street
Little Rock, Arkansas 72201
www.hopkinslawfirm.com
Telephone: (501) 375-1517
Facsimile: (501) 375-0231
Email: rcaststeel@hopkinslawfirm.com


By:   /s/ Ryan J. Caststeel
         **Ryan J. Caststeel**
         Arkansas Bar No. 2007212
         **Gregory M. Hopkins**
         Arkansas Bar No. 81093
         **Stewart Headlee**
         Arkansas Bar No. 2003091

         **and**

**AKERMAN SENTERFITT**
511 Sixteenth Street, Suite 420
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714

By:   /s/ Justin D. Balser
         **Justin D. Balser, Esq.**
         **Jennifer L. Rubin, Esq.**