# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**LEHMAN BROTHERS HOLDING, INC.**                         **PLAINTIFF**


**v.**                         **CASE NO. 4:09cv00198 BSM**


**BANK OF ENGLAND d/b/a ENG LENDING and
as successor by merger to BANK OF ENGLAND
MORTGAGE CORPORATION**                         **DEFENDANT**


## ORDER

The parties' joint motion to mediate was entered on May 25, 2010 and the proceedings were stayed.  [Doc. No. 59].  It is now reported that the parties are unable resolve their differences by mediation.  [Doc. No. 62].

Accordingly, the stay is lifted and this case is returned to the active docket.  An amended scheduling order will follow.

IT IS SO ORDERED this 24th day of August, 2010.


_____
UNITED STATES DISTRICT JUDGE